# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **ANTHONY WINGFIELD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Officer NOGART,** *et al.,*<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**3:25-cv-00136-TES-AGH** |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 8]. Plaintiff Anthony Wingfield did not object to the Recommendation in the allotted time. [*Id.* at pp. 2–3]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended that Plaintiff's request for a preliminary injunction and/or a temporary restraining order[1] be denied because a such relief "is a drastic remedy[,]" and "Plaintiff's request . . . is vague and conclusory." [Doc. 8, pp. 1–2]. Accordingly, Plaintiff's motion is **DENIED**. [Doc. 3].

**SO ORDERED**, this 24th day of October, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

---

[1] In his motion, Plaintiff specifically requests an emergency order "requiring Walton County Sheriff [sic] Office" to "[r]emove the named officer from all contact with [P]laintiff," "[t]ransfer [P]laintiff to alternative facility for safety," and "[i]nitiate full mental health screening." [Doc. 3, p. 1].